IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIAM E. TEAL,

       Petitioner,

v.

JULIE L. JONES, FLORIDA
DEPARTMENT OF
CORRECTIONS,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0210

Opinion filed September 26, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

William E. Teal, pro se, Petitioner.

Kenneth S. Steely, General Counsel, and Barbara Debelius, Assistant General Counsel,
Florida Department of Corrections, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of certiorari is denied on the merits.

LEWIS, WINOKUR, and JAY, JJ., CONCUR.